■ In the Matter of CALVIN C., Appellant. [978 NYS2d 687]—

The appeal from so much of the order of disposition as placed the appellant on probation for a period of 12 months has been rendered academic, as the period of placement has expired (*see Matter of Shaquary B.*, 110 AD3d 1065 [2013]). However, because there may be collateral consequences resulting from the adjudication of delinquency, the appeal from so much of the order of disposition as adjudicated the appellant a juvenile delinquent has not been rendered academic (*see* Family Ct Act § 783; *Matter of Darnell G.*, 106 AD3d 906, 906-907 [2013]; *Matter of Christian E.*, 68 AD3d 1109 [2009]).

The Family Court has broad discretion in determining the appropriate disposition in a juvenile delinquency proceeding (*see Matter of Racheal M.*, 108 AD3d 770, 771 [2013]; *Matter of W.E.*, 107 AD3d 988 [2013]; *Matter of George R.*, 104 AD3d 949 [2013]). Contrary to the appellant's contention, the Family Court providently exercised its discretion in adjudging him to be a juvenile delinquent, since a preponderance of the evidence supported the court's determination that he required "supervision, treatment or confinement" (Family Ct Act § 352.1 [1]; *see Matter of Richard H.*, 99 AD3d 1005 [2012]; *Matter of Janay P.*, 11 AD3d 697 [2004]).

The appellant's contention that dismissal of the petition pursuant to Family Court Act § 315.2 is warranted is not properly before this Court. Skelos, J.P., Leventhal, Lott and Cohen, JJ., concur.